UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

In the Matter of: JORDEN MARIE
SALDANA,

      Debtor,

------------------------------

 JORDEN MARIE SALDANA,

      Appellant,

  v.

MARTHA G. BRONITSKY, Chapter
13 Trustee,

      Appellee.

No. 23-15860

D.C. No. 5:22-cv-06223-BLF
U.S. District Court for Northern
California, San Jose

**ORDER**

---

The amicus brief submitted by the National Association of Bankruptcy

Attorneys and the National Consumer Bankruptcy Rights Center on September 28,

2023 is filed.

Within 7 days of this order, amici curiae are ordered to file 6 copies of the

brief in paper format with green covers, accompanied by certification (attached to

the end of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT